**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7461**

———————

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

    v.

NATHANIEL BURRESS,

               Defendant – Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:04-cr-00031-FPS-JES-1)

———————

Submitted:  June 24, 2010          Decided:  July 15, 2010

———————

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Brendan S. Leary, Assistant Federal Public Defender, Wheeling, West Virginia, for Appellant.  Randolph John Bernard, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Burress appeals the district court's orders granting his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction, and denying his amended § 3582(c)(2) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Burress's motions for appointment of counsel and affirm the district court's orders. <u>United States v. Burress</u>, No. 5:04-cr-00031-FPS-JES-1 (N.D. W. Va. July 17, 2009; Dec. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2